## Commonwealth ex rel. Rickert *v.* Rickert, Appellant.

Argued June 13, 1973. *Charles Polis*, with him *Polis and Polis*, for appellant; *John E. Landis*, with him *Landis & Williams*, for appellee.

Order affirmed.

## Commonwealth ex rel. Seligsohn *v.* Seligsohn, Appellant.

Argued June 11, 1973. *George M. Painter, III*, for appellant; *A. Giacobetti*, with him *B. Nathaniel Richter*, for appellee.

Order affirmed.

SPAETH, J., took no part in the consideration or decision of this case.